IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| BANCO POPULAR de PUERTO RICO, | ) |
| | ) Case No: 3:17-cv-00026 |
| Plaintiff, | ) |
| v. | ) ACTION FOR DEBT |
| | ) AND FORECLOSURE |
| | ) OF MORTGAGE |
| CHEMICA B. JACKSON, Trustee of the | ) |
| MICHAEL A. JACKSON, SR. and | ) (Superior Court-St. Thomas/ |
| CHERYL BOYNES-JACKSON JOINT LIVING | ) St. John; Case No. ST-17-cv-147) |
| TRUST, CHERYL ANN BOYNES a/k/a CHERYL | ) |
| BOYNES-JACKSON, MICHAEL A. JACKSON, | ) |
| REVERE HIGH YIELD FUND, LP, | ) |
| 1537 FINANCIAL SERVICES, LLC, and INTERNAL | ) |
| REVENUE SERVICE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ENTRY OF DEFAULT

As 1537 Financial Services, LLC has failed to appear, answer, or otherwise file a responsive pleading within the time required by law; it is

**ORDERED** that default is entered against 1537 Financial Services, LLC.

DATED this 23rd day of August, 2017.

GLENDA L. LAKE, ESQ.
Clerk of the Court

By: _____

R:\DOCS\6002\448\DRFTPLDG\17A4659.DOC